IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re GERTRUDE NGIT WUN UNG, <br><br>　　　　Debtor. <br>_____ <br>GARY K. TAKATA, TRUSTEE OF THE LAURA NGIT CHAU UNG REVOCABLE LIVING TRUST, <br><br>　　　　Appellee/Plaintiff, <br><br>　　vs. <br><br>GERTRUDE NGIT WUN UNG, <br><br>　　　　Appellant/Defendant. <br>_____ | CIVIL NO. 15-00433 JMS-RLP <br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION**

　　　　Findings and Recommendation having been filed on March 8, 2016 and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on March 9, 2016 by First Class Mail to the addresses of record for Messrs. Joseph S.Y. Hu and Eric S. Yamagata, and no objections having been filed by any party,

　　　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION

FOR SANCTIONS," Doc. No. 17, are adopted as the opinion and order of this Court.

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, March 30, 2016.



     /s/ J. Michael Seabright
     J. Michael Seabright
     Chief United States District Judge

*In re Ung*, Civ. No. 15-433 JMS-RLP, Order Adopting Magistrate Judge's Findings and Recommendation